# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case No. 18-cr-105-jdp-1

KIMBERLY HARRISON,

    Defendant.

## ORDER ON PARTIES' RESTITUTION STIPULATION

Defendant Kimberly Harrison was sentenced in this court on August 14, 2019. Because the amount of restitution had not been determined, a hearing was set for December 11, 2019, to determine a final order of restitution.

The government and defense counsel have stipulated to an amount of $176,207 in restitution owing to the Internal Revenue Service (IRS). It is defendant's obligation to notify the Clerk of Court of any future appropriate offsets under 18 U.S.C. § 3664(2).

## ORDER

IT IS ORDERED that defendant is to pay $176,207 in restitution to the Internal Revenue Service as follows:

> *IRS-RACS*
> *Attn: Mail Stop 6261, Restitution*
> *333 West Pershing Avenue*
> *Kansas City, Missouri 64108*

The above amount is due and payable immediately to the Clerk of Court for the Western District of Wisconsin for disbursement to the IRS. Defendant does not have the economic resources to allow for full payment of restitution in the foreseeable future under any reasonable schedule of payments. Pursuant to 18 U.S.C. § 3664(f)(3)(B), defendant is to begin making

nominal payments of a minimum of $100 each month, beginning within 30 days of her release from custody.

No interest is to accrue on the unpaid portion of the restitution. Defendant shall notify the Court and the U.S. Attorney's Office of any material change in her economic circumstances that might affect her ability to pay restitution.

Entered this 11th day of December, 2019.

BY THE COURT:

JAMES D. PETERSON
District Court Judge