IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,,

    Plaintiff,                                                             ORDER

    v.

KIMBERLY HARRISON,                                   18-cr-105-jdp

    Defendant.

---

Defendant has filed a motion to extend the reporting date to serve her sentence of imprisonment for medical reasons. The court will hold a hearing on the motion on January 10, 2020 at 9:00 a.m.

Therefore, IT IS ORDERED that defendant Kimberly Harrison's reporting date to FMC-Carswell set for today is STAYED pending the January 10, 2020 hearing.

Entered: January 9, 2020.

                                                        BY THE COURT:
                                                        /s/

                                                        _____
                                                        JAMES D. PETERSON
                                                       District Judge