IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIMBERLY HARRISON,

    Defendant.

ORDER

18-cr-105-jdp

---

Defendant Kimberly Harrison pleaded guilty to one count of filing false tax returns in violation of 26 U.S.C. § 7260(2). She was sentenced on August 14, 2019 to a 21-month term of imprisonment. After an extension of her voluntary surrender date, defendant was ordered to report to FMC-Carswell on January 24, 2020.

Defendant suffered a heart attack on January 18, 2020. Through counsel, defendant moved to stay her surrender date, pending a determination of her medical status. Dkt. 115. Defendant provided medical records with her motion. Dkt. 115-1, which the court maintains under seal. The court granted the motion to stay the surrender date. Dkt. 120.

The court will need information about defendant's medical condition to determine an appropriate surrender date, and the Bureau of Prisons will need this information to determine an appropriate facility. Accordingly, I will ask the U.S. Probation Office in the Western District of Wisconsin to communicate with defendant's medical care providers at Beloit Hospital about her current medical treatment and prognosis, and I will order her medical care providers to provide this information.

1

IT IS ORDERED that Beloit Hospital is to disclose, either verbally or in writing, details of Kimberly Harrison's medical condition and prognosis to probation officers with the U.S. Probation Office for the Western District of Wisconsin. All health care information provided under this order will be kept confidential and provided to the court under seal.

Entered: January 23, 2020.

BY THE COURT:

JAMES D. PETERSON
District Judge